**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 08-20620-CR-GOLD/GOODMAN**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**VS.**

**STEVENSON PRECIEU,**

    **Defendant.**
_____/

## REPORT & RECOMMENDATIONS

This matter is before the Court on reference from U.S. District Judge Alan S. Gold of Defendant Stevenson Precieu's *pro se* motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant seeks a sentencing reduction based on new sentencing guidelines promulgated by the U.S. Sentencing Commission. Judge Gold stayed the motion until November 1, 2011, the date on which the new guidelines would become effective if Congress did not disapprove them. Congress did not disapprove the new guidelines. The government filed a supplemental response on November 8, 2011, and the motion is now ripe.

The government agrees that the amendment is retroactive and that the defendant's sentence should be reduced. The defendant and the government also agree that upon applying the retroactive guidelines, the defendant's new guidelines range is 37 to 46 months. The defendant was initially sentenced to a 57-month prison term under a guidelines range of 57 to 71 months.

The defendant has served 40 months of his 57 month sentence and requests that he be immediately released from prison. The government does not specify what term the defendant should re-sentenced to but notes that, at a minimum, the Court cannot sentence him to a range lower than time served. *See* U.S.S.G. § 1B1.10 app. note 3 (Nov. 1, 2011).

Based on the parties' agreement and for good cause shown, the Undersigned **respectfully recommends** that the defendant's motion (Doc. 40) be **granted** and the defendant be **resentenced** to a period of between time-served and 46 months. Because the District Court possesses greater familiarity with the background of this case and must exercise its own independent discretion in resentencing the defendant, the Undersigned makes no recommendation as to what the new sentence should be within this range.

Additionally, because the parties agree with the recommendation that the defendant be resentenced according to his new guideline range, the Undersigned is **shortening** the period to object to this Report & Recommendations to **three days**. Either party may respond to the objections, if any, within **three days**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, November 9, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record

Stevenson Precieu
80714-004
RCDC III
PO Box 2038
Pecos, TX 79772
**PRO SE**