AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America )
v. )
) Case No: 08-20620-CR-GOLD
STEVENSON PRECIEU )
) USM No: 80714-004
Date of Original Judgment: 01/03/2009 )
Date of Previous Amended Judgment: _____ ) pro se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **57**  months **is reduced to**  **time-served** .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant's motion identified herein [DE 40] was referred to Magistrate Judge Jonathan Goodman for a Report and Recommendation. On November 9, 2011, Magistrate Judge Goodman issued a Report and Recommendation in which he recommends that the defendant's motion be granted and that the defendant be resentenced to a period of between time-served and 46 months. The Report is hereby affirmed and adopted and the defendant's motion is hereby granted. The defendant's term of imprisonment is reduced to time-served. Pursuant to Government's request, as set forth on page 8 of its response [DE 45], the Court will delay the defendant's release for 10 calendar days from the date of this order. This period of delay will enable the Bureau of Prisons (1) to review the defendant for possible civil commitment as a sexually dangerous person, required by 18 USC 4248; (2) to notify victims and witnesses of the release of the offender, as required by 18 USC 3771; (3) to notify law enforcement officials and sex offender registration officials of the release of a violent offender or sex offender pursuant to 18 USC 4042(b) and (c); and (4) to permit adequate time to collect DNA samples pursuant to 42 USC 14135a.

Except as otherwise provided, all provisions of the judgment dated  **01/03/2009**  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11/29/2011

*Judge's signature*

Effective Date:  12/09/2011       ALAN S. GOLD, United States District Judge
*(if different from order date)*        *Printed name and title*